John Du Wors, State Bar No. 233913
john@newmanlaw.com
Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone:     (206) 274-2800
Facsimile:     (206) 274-2801

Attorneys for Defendants

FILED

JAN – 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Christopher Wagner, an individual,

        Plaintiff,

   v.

Spire Vision LLC, a Delaware limited liability
company, et al.,

        Defendants

C13- 0054   LB

**NOTICE OF REMOVAL OF
ACTION UNDER 28 U.S.C. SEC.
1441(B) (DIVERSITY)**

"BY FAX"

ADR

1
**NOTICE OF REMOVAL**

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2         PLEASE TAKE NOTICE that Defendant Spire Vision LLC hereby removes to

3  this Court the state court action described below.

4         1.     On October 25, 2012, an action was commenced in the Superior Court of

5  the State of California in and for the County of Sonoma, entitled Christopher Wagner,

6  Plaintiff, v. Spire Vision LLC, et al., Defendants, as case number SCN-252580.  A copy

7  of the complaint is attached hereto as **Exhibit 1**.

8         2.     The first date upon which Defendant Spire Vision LLC received a copy of

9  the said complaint was December 5, 2012, when Defendant Spire Vision LLC was served

10  with a copy of the said complaint and a summons from the said state court.  A copy of

11  this summons is attached hereto as **Exhibit 2**.

12         3.     All of the Defendants that have been properly joined and served agree to

13  removal.  28 U.S.C. § 1446, subsection (b)(2)(A).

14         4.     This action is a civil action of which this Court has original jurisdiction

15  under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants

16  pursuant to the provisions of 28 U.S.C. § 1441, subsection (b), in that it is a civil action

17  between citizens of different states and the matter in controversy exceeds the sum of

18  $75,000, exclusive of interest and costs.

19         5.     Plaintiff prays for liquidated damages in the amount of $49,000.

20         6.     California Business & Professions Code Section 17529.5 entitles Plaintiff

21  to also recover attorney's fees.  Cal. Bus. & Prof Code § 17529.5(b)(1)(C).

22         7.     Attorney's fees are taken into account in determining the amount in

23  controversy, regardless of whether the fee award is mandatory or discretionary.  *Galt G/S*

24  *v. JSS Scandinavia*, 142 F. 3d 1150, 1155-1156 (9th Cir. 1998); *Goldberg v. CPC*

25  *International Inc.*, 678 F. 2d 1365, 1367 (9th Cir. 1982); *see also Morrison v. Allstate*

26  *Indem. Co.*, 228 F. 3d 1255, 1265 (11th Cir. 2000).

27         8.     Plaintiff's fee claim potentially exceeds $26,000, causing the amount in

28  controversy to exceed $75,000.

1     9.     Plaintiff Christopher Wagner is a citizen of the State of California

2     10.    Defendant Spire Vision LLC was and is a corporation incorporated under

3 the laws of the State of Delaware and having its principal place of business in the State of

4 New York.

5     11.    Defendant MediActivate LLC was and is a corporation incorporated under

6 the laws of the State of Nevada and having its principal place of business in the State of

7 Nevada.

8     12.    Defendant On Demand Research LLC was and is a corporation

9 incorporated under the laws of the State of Delaware and having its principal place of

10 business in the State of New York.

11     13.    Defendant Prime Advertisers LLC was and is a corporation incorporated

12 under the laws of the State of Nevada and having its principal place of business in the

13 State of Nevada.

14     14.    Defendant Serve Clicks LLC was and is a corporation incorporated under

15 the laws of the State of Nevada and having its principal place of business in the State of

16 Nevada.

17     15.    Defendant Spire Vision Holdings Inc. was and is a corporation incorporated

18 under the laws of the State of Delaware and having its principal place of business in the

19 State of New York.

20     16.    Defendant Ward Media Inc. was and is a corporation incorporated under

21 the laws of the State of Delaware and having its principal place of business in the State of

22 New York.

23     17.    Defendant XL Marketing Corporation was and is a corporation

24 incorporated under the laws of the State of Delaware and having its principal place of

25 business in the State of New York.

26     18.    Defendant Lifescript, Inc. was and is a corporation incorporated under the

27 laws of the State of Delaware and having its principal place of business in the State of

28 California.

**NOTICE OF REMOVAL**

1    19.    Defendant Digital Publishing Corporation was and is a wholly-owned

2  subsidiary entity of Defendant XL Marketing Corporation.

3    20.    Defendant Achieve Opportunities was and is a wholly-owned subsidiary

4  entity of Defendant XL Marketing Corporation.

5    21.    Defendant AgreeWizard was and is a wholly-owned subsidiary entity of

6  Defendant XL Marketing Corporation.

7    22.    Defendant Paths Direct was and is a wholly-owned subsidiary entity of

8  Defendant XL Marketing Corporation.

9    23.    Defendant Opportunity Central was and is a wholly-owned subsidiary

10  entity of Defendant XL Marketing Corporation.

11    24.    Defendant Juniper Marketing LLC was and is a wholly-owned subsidiary

12  entity of Defendant XL Marketing Corporation.

13    25.    Based on the foregoing, complete diversity of citizenship exists.

14

15  Respectfully submitted this 4th day of January 2013.

16

17

18                              **NEWMAN DU WORS LLP**

19                              s/ Leeor Neta
20                              Leeor Neta, State Bar No. 233454
                                John Du Wors, State Bar No. 233913
21                              Attorneys for Plaintiffs

22

23

24

25

26

27

28

Exhibit 1

ENDORSED
FILED

OCT 2 5 2012

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

1  Timothy J. Walton (State Bar No. 184292)
2  LAW OFFICES OF TIMOTHY WALTON
   9515 Soquel Drive, Suite 207
3  Aptos, CA 95003-4137
   Phone (831) 685-9800
4  Fax: (650) 618-8687

5

6  Daniel L. Balsam (State Bar No. 260423)
   THE LAW OFFICES OF DANIEL BALSAM
7  2912 Diamond Street #218
   San Francisco, CA 94131
8  Phone: (415) 869-2873
   Fax: (415) 869-2873
9

10  Attorneys for Plaintiff Christopher Wagner

11

12

13          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

14          **COUNTY OF SONOMA (UNLIMITED JURISDICTION)**

15

16  CHRISTOPHER WAGNER, an individual,    ) Case No.:  SCN-252580
                                          )
17          Plaintiff,                    )
                                          ) **VERIFIED COMPLAINT FOR**
18      v.                                ) **DAMAGES**
                                          )
19                                        )
20  SPIRE VISION LLC, a Delaware limited  )  1.  **VIOLATIONS OF CALIFORNIA**
    liability company,                    )      **RESTRICTIONS ON UNSOLICITED**
21  DIGITAL PUBLISHING CORPORATION,       )      **COMMERCIAL E-MAIL (Cal. Bus. &**
    formerly a Delaware corporation,      )      **Prof. Code § 17529.5)**
22  JUNIPER MARKETING LLC, a Nevada       )  2.  **VIOLATIONS OF CALIFORNIA**
23  limited liability company,            )      **REQUIREMENTS FOR USE OF**
    MEDIACTIVATE LLC, a Nevada limited    )      **COMMERCIAL MAIL RECEIVING**
24  liability company,                    )      **AGENCIES (Cal. Bus. & Prof. Code**
    ON DEMAND RESEARCH LLC, a Delaware    )      **§ 17538.5)**
25  limited liability company,            )
26  PRIME ADVERTISERS LLC, a Nevada       )  **JURY TRIAL DEMANDED**
    limited liability company,            )
27  SERVE CLICKS LLC, a Nevada limited    )
28  liability company,                    )
    SPIRE VISION HOLDINGS INC., a         )
29  Delaware corporation,                 )
30  WARD MEDIA INC., a Delaware           )
31  corporation,                          )

---

1

**VERIFIED COMPLAINT**

| | |
|---|---|
| 1 | XL MARKETING CORPORATION, a ) |
| 2 | Delaware corporation, ) |
| | ACHIEVE OPPORTUNITIES, a business ) |
| 3 | entity of unknown organization, ) |
| 4 | AGREEWIZARD, a business entity of ) |
| | unknown organization, ) |
| 5 | FURTURESDRIVE [sic], a business entity of ) |
| 6 | unknown organization, ) |
| | JUNCTIONLIGHTS, a business entity of ) |
| 7 | unknown organization, ) |
| 8 | OPPORTUNITY CENTRAL, a business entity ) |
| | of unknown organization, ) |
| 9 | PATHS DIRECT, a business entity of ) |
| 10 | unknown organization, ) |
| | PULLSMART, a business entity of unknown ) |
| 11 | organization ) |
| 12 | YOURADSHERE, a business entity of ) |
| | unknown organization, ) |
| 13 | ACCELERIZE NEW MEDIA INC., a ) |
| 14 | Delaware corporation, ) |
| | ADCONIAN MEDIA INC., a Delaware ) |
| 15 | corporation, ) |
| 16 | ADHARMONICS INC., a Delaware ) |
| | corporation, ) |
| 17 | EVERYDAYFAMILY INC., a Nevada ) |
| 18 | corporation, ) |
| | INSITE MARKETING GROUP LLC, a ) |
| 19 | Nevada limited liability company, ) |
| 20 | LEADRIVAL LP, a Texas limited partnership, ) |
| | LIFESCRIPT INC., a Delaware corporation, ) |
| 21 | ZULU MARKETING LLC, a Utah limited ) |
| 22 | liability company, and ) |
| | ) |
| 23 | DOES 1-100, ) |
| 24 | ) |
| | Defendants. ) |

25

26   COMES NOW PLAINTIFF CHRISTOPHER WAGNER and files this Verified Complaint for

27   two causes of action against Defendants SPIRE VISION LLC *et al* and alleges as follows:

28

29   **I.  INTRODUCTION AND SUMMARY OF THE COMPLAINT**

30   1.      Plaintiff CHRISTOPHER WAGNER ("WAGNER") brings this Action against the

31   SPIRE VISION family of companies and its marketing agents and its clients for advertising in 49

**2**

unlawful Unsolicited Commercial Email ("UCE" or "spam") messages sent to WAGNER from April-July 2012, as follows:

- SPIRE VISION sent 12 unlawful spams to WAGNER on behalf of other advertisers. (Section IV B, *infra*.)
- SPIRE VISION sent 12 unlawful spams to Wagner advertising its own websites. (Section IV C, *infra*.)
- SPIRE VISION hired third parties who sent, or hired others to send, 22 unlawful spams to WAGNER advertising SPIRE VISION's own websites. (Section IV D, *infra*.)
- Other advertisers hired SPIRE VISION to advertise for them, and SPIRE VISION in turn hired third parties to actually send three unlawful spams to WAGNER. (Section IV E, *infra*.)

2.     For most of the spams, advertisers hired "middlemen" to send the spams for them, and the "middlemen" in turn hired affiliates to send the spams, who are jointly and severally liable on an agent-principal theory of liability.

- SPIRE VISION was a "middleman" for three of the spams at issue, hired by an advertiser to advertise for it, and in turn hired others to actually send the spams.
- ACCELERIZE MEDIA INC. was a "middleman" for 22 of the spams at issue, hired by an advertiser or another "middleman" to advertise for it, and in turn hired others to actually send the spams.
- ADCONION MEDIA INC. was a "middleman" for 10 of the spams at issue, hired by an advertiser or another "middleman" to advertise for it, and in turn hired others to actually send the spams.

3.     All 49 spams have one thing in common: SPIRE VISION's involvement. In each of the spams, SPIRE VISION is the advertiser and/or middleman and/or sender.

4.     WAGNER never gave any Defendant "direct consent" (as required by law) to advertise in commercial email sent to him.

5.     The spams all had materially falsified, misrepresented, and/or forged information in violation of Cal. Business & Professions ("B&P") Code § 17529.5. The From Names in the spams misrepresent who is advertising in the spams. SPIRE VISION registers its domain names

3

**VERIFIED COMPLAINT**

1   used to send spams to unregistered fictitious business names claiming their addresses to be boxes

2   at commercial mail receiving agencies so as to be untraceable back to the actual SPIRE VISION

3   companies. Other senders register the domain names to false companies and/or proxy-register

4   their domain names so that a spam recipient cannot readily trace the information provided by a

5   Whois query to the actual sender. The unlawful elements of these spams represent willful acts of

6   falsity and deception, rather than clerical errors.

7   6.      WAGNER suffered damages by receiving the spams. *See, e.g.,* B&P Code § 17529(d),

8   (e), (g), (h).

9   7.      This Court should award liquidated damages of $1,000 per email as provided by B&P

10  Code § 17529.5(b)(1)(B)(ii), and not consider any reduction in damages, because SPIRE

11  VISION failed to implement reasonably effective systems designed to prevent the sending of

12  unlawful spam in violation of the statute. In fact, SPIRE VISION takes affirmative steps that

13  *ensure* that the spams violate the statute.

14  8.      This Court should award WAGNER his attorneys' fees pursuant to B&P Code

15  § 17529.5(b)(1)(C). *See also* Cal. Code Civ. Proc. § 1021.5, providing for attorneys fees when

16  private parties bear the costs of litigation that confers a benefit on a large class of persons; here

17  by reducing the amount of false and deceptive spam received by California residents.

18  9.      The SPIRE VISION Defendants also violated B&P Code § 17538.5 five times by failing

19  to disclose in their advertising materials the legal name under which business is done and the

20  complete street address from which business is actually conducted. This Court should award

21  WAGNER $2,500 for each offense, plus his attorneys' fees pursuant to Cal. Code of Civil

22  Procedure § 1021.5 because WAGNER is acting as a private attorney general.

23

24                              **II. PARTIES**

25  **A. Plaintiff Christopher Wagner**

26  10.     WAGNER is now, and at all times relevant has been, an individual residing in the State

27  of California, County of Sonoma, City of Rohnert Park. WAGNER is not an Internet Service

28  Provider.

29  11.     WAGNER received 49 unlawful spams sent by, through, and/or advertising domain

30  names/websites owned by Defendants.

31

**VERIFIED COMPLAINT**

12.     WAGNER owns and at all relevant times herein owned a computer with an Internet connection.  This computer is located in the State of California.  WAGNER ordinarily uses this computer to access his email address.

13.     WAGNER's email address at issue in this Action is confidential (to prevent further abuse).

**B.  Spire Vision Defendants**

14.     WAGNER is informed and believes and thereon alleges that Defendant SPIRE VISION LLC is currently, and was at all relevant times, a Delaware limited liability company headquartered in New York, New York.  WAGNER is informed and believes and thereon alleges that SPIRE VISION LLC is somehow affiliated with XL MARKETING CORPORATION and/or SPIRE VISION HOLDINGS INC., and its activities include sending and advertising in unlawful spams.

15.     WAGNER is informed and believes and thereon alleges that Defendant DIGITAL PUBLISHING CORPORATION *was* a Delaware corporation with a primary place of business in Washington D.C.  WAGNER is informed and believes and thereon alleges that Defendant DIGITAL PUBLISHING CORPORATION's corporate status has been revoked.  WAGNER is informed and believes and thereon alleges that DIGITAL PUBLISHING CORPORATION is a subsidiary of XL MARKETING CORPORATION, owns and/or operates the *BecomeASocialWorker.info, Business4USA.info, Counseling4USA.info, Design4USA.info, Teach4USA.info,* and *Technology4USA.info* websites, and its activities include sending and advertising in unlawful spams.

16.     WAGNER is informed and believes and thereon alleges that Defendant JUNIPER MARKETING LLC is, and was at all relevant times, a Nevada limited liability company claiming its address to be its registered agent's address, in Carson City, Nevada.  WAGNER is informed and believes and thereon alleges that JUNIPER MARKETING LLC is a wholly-owned subsidiary of XL MARKETING CORPORATION or SPIRE VISION HOLDINGS INC., operates the *CobraHealthChoices.com* and *CobraHealthQuotes.com* websites, and its activities include sending and advertising in unlawful spams.

17.     WAGNER is informed and believes and thereon alleges that Defendant MEDIACTIVATE LLC is currently, and was at all relevant times, a Nevada limited liability company claiming its address to be a box at a branch of The UPS Store in Las Vegas, Nevada.

5

**VERIFIED COMPLAINT**

1     More specifically, WAGNER believes that MEDIACTIVATE LLC's real box at The UPS Store

2     is 840 S. Rancho Drive #4-705, notwithstanding the fact that MEDIACTIVATE LLC appears to

3     have filed false address information with the Nevada Secretary of State, perhaps to further

4     frustrate spam recipients' ability to find it and serve process. WAGNER is informed and

5     believes and thereon alleges that MEDIACTIVATE LLC is a wholly-owned subsidiary of SPIRE

6     VISION HOLDINGS INC., and its activities include sending and advertising in unlawful spams.

7     WAGNER is informed and believes and thereon alleges that MEDIACTIVATE LLC is the

8     registrant of the domain name *CommissionWizard.com*.

9     18.     WAGNER is informed and believes and thereon alleges that Defendant ON DEMAND

10     RESEARCH LLC is, and was at all relevant times, a Delaware limited liability company with a

11     primary place of business in New York, New York. WAGNER is informed and believes and

12     thereon alleges that ON DEMAND RESEARCH LLC is a wholly-owned subsidiary of XL

13     MARKETING CORPORATION, operates the *OnDemandResearch.com* website, and its

14     activities include sending and advertising in unlawful spams.

15     19.     WAGNER is informed and believes and thereon alleges that Defendant PRIME

16     ADVERTISERS LLC is currently, and was at all relevant times, a Nevada limited liability

17     company claiming its address to be a box at a branch of The UPS Store in Reno, Nevada,

18     Nevada. WAGNER is informed and believes and thereon alleges that PRIME ADVERTISERS

19     LLC is a wholly-owned subsidiary of SPIRE VISION HOLDINGS INC., and its activities

20     include sending and advertising in unlawful spams. WAGNER is informed and believes and

21     thereon alleges that the *CommissionWizard.com* privacy policy refers to PRIME

22     ADVERTISERS LLC as the operator. WAGNER is informed and believes and thereon alleges

23     that the privacy policy on the *PathsDirect.com* website identifies PRIME ADVERTISERS LLC.

24     20.     WAGNER is informed and believes and thereon alleges that Defendant SERVE CLICKS

25     LLC is currently, and was at all relevant times, a Nevada limited liability company claiming its

26     address to be a box at a branch of The UPS Store in Las Vegas, Nevada. WAGNER is informed

27     and believes and thereon alleges that SERVE CLICKS LLC is somehow affiliated with XL

28     MARKETING CORPORATION and/or SPIRE VISION HOLDINGS INC., and its activities

29     include sending and advertising in unlawful spams.

30     21.     WAGNER is informed and believes and thereon alleges that Defendant SPIRE VISION

31     HOLDINGS INC. is currently, and was at all relevant times, a Delaware corporation

**6**

**VERIFIED COMPLAINT**

1  headquartered in New York, New York. WAGNER is informed and believes and thereon alleges
2  that SPIRE VISION HOLDINGS INC. is a wholly-owned subsidiary of XL MARKETING
3  CORPORATION, and its activities include sending and advertising in unlawful spams.
4  22.   WAGNER is informed and believes and thereon alleges that Defendant WARD MEDIA
5  INC., and was at all relevant times, a Delaware corporation with a primary place of business in
6  New York, New York. WAGNER is informed and believes and thereon alleges that WARD
7  MEDIA INC. is a subsidiary of SPIRE VISION HOLDINGS INC., owns and/or operates the
8  *BecomeASocial Worker.info*, *Business4USA.info*, *Counseling4USA.info*, *Design4USA.info*,
9  *Teach4USA.info*, and *Technology4USA.info* websites, and its activities include sending and
10 advertising in unlawful spams.
11 23.   WAGNER is informed and believes and thereon alleges that Defendant XL
12 MARKETING CORPORATION is currently, and was at all times relevant herein, a Delaware
13 corporation headquartered in New York, New York. WAGNER is informed and believes and
14 thereon alleges that XL MARKETING CORPORATION wholly owns a range of subsidiaries,
15 each focused on a particular area of internet marketing, and its activities include sending and
16 advertising in unlawful spams.
17 24.   WAGNER is informed and believes and thereon alleges that Defendant ACHIEVE
18 OPPORTUNITIES is, and was at all relevant times, a business entity of unknown organization,
19 doing business as *AlertLinks.com*, and claiming its address to be a box at a branch of The UPS
20 Store in Greenville, Delaware. WAGNER is informed and believes and thereon alleges that no
21 such address exists in Greenville, Delaware, but it does exist in Wilmington, Delaware.
22 WAGNER is informed and believes and thereon alleges that no "AchieveOpportunities" or
23 "Achieve Opportunities" is registered with the Delaware Secretary of State, or with any other
24 state's Secretary of State. WAGNER is informed and believes and thereon alleges that no
25 "AchieveOpportunities" or "Achieve Opportunities" fictitious business name is registered in
26 Delaware. WAGNER is informed and believes and thereon alleges that none of the SPIRE
27 VISION Defendants have a physical presence in Delaware other than a box at The UPS Store.
28 WAGNER is informed and believes and thereon alleges that ACHIEVE OPPORTUNITIES is a
29 subsidiary or division or brand of XL MARKETING CORPORATION and/or its subsidiaries,
30 and its activities include sending and advertising in unlawful spams.
31

VERIFIED COMPLAINT

25.     WAGNER is informed and believes and thereon alleges that Defendant AGREEWIZARD is, and was at all relevant times, a business entity of unknown organization, doing business as *EproductiveBlog.com*, *MyCapitalize.com*, *MyCircumstances.com*, and *MyContestants.net* and claiming its address to be a box at a branch of The UPS Store in Sterling Heights, Michigan.  WAGNER is informed and believes and thereon alleges that notwithstanding claims on the *AgreeWizard.com* website that "Agree Wizard LLC" is a limited liability company, no "AgreeWizard" or "Agree Wizard" is registered with the Michigan Secretary of State or with any other state's Secretary of State.  WAGNER is informed and believes and thereon alleges that no "AgreeWizard" or "Agree Wizard" fictitious business name is registered in Michigan.  WAGNER is informed and believes and thereon alleges that none of the SPIRE VISION Defendants have a physical presence in Michigan other than a box at The UPS Store.  WAGNER is informed and believes and thereon alleges that AGREEWIZARD is a subsidiary or division or brand of XL MARKETING CORPORATION and/or its subsidiaries, and its activities include sending and advertising in unlawful spams.

26.     WAGNER is informed and believes and thereon alleges that Defendant FURTURESDRIVE [sic] is, and was at all relevant times, a business entity of unknown organization, doing business as *Eprimary.net*, *MyImpactful.net*, *TheDedicatedBlog.com*, and *Ztdigitalmovie.com*, and claiming its address to be a box at a branch of The UPS Store in Jacksonville, Florida.  WAGNER is informed and believes and thereon alleges that no "FurturesDrive" (or "FuturesDrive") is registered with the Florida Department of State, or with any other state's Secretary of State.  WAGNER is informed and believed and thereon alleges that no "FurturesDrive" (or "FuturesDrive") fictitious business name is registered in Florida.  WAGNER is informed and believes and thereon alleges that none of the SPIRE VISION Defendants have a physical presence in Florida other than a box at The UPS Store.  WAGNER is informed and believes and thereon alleges that FURTURESDRIVE is a subsidiary or division or brand of XL MARKETING CORPORATION and/or its subsidiaries, and its activities include sending and advertising in unlawful spams.

27.     WAGNER is informed and believes and thereon alleges that Defendant JUNCTIONLIGHTS is, and was at all relevant times, a business entity of unknown organization, doing business as *LoanTouch.com* and *WatchDailyNews.com*, and claiming its address to be a box at a branch of The UPS Store in Rosemead, California.  WAGNER is informed and believes

1    and thereon alleges that no "JunctionLights" or "Junction Lights" is registered with the
2    California Secretary of State, or with any other state's Secretary of State. WAGNER is informed
3    and believes and thereon alleges that no "JunctionLights" or "Junction Lights" fictitious business
4    name is registered in California. WAGNER is informed and believes and thereon alleges that
5    none of the SPIRE VISION Defendants have a physical presence in California other than a box
6    at The UPS Store. WAGNER is informed and believes and thereon alleges that
7    JUNCTIONLIGHTS is a subsidiary or division or brand of XL MARKETING CORPORATION
8    and/or its subsidiaries, and its activities include sending and advertising in unlawful spams.
9    28.    WAGNER is informed and believes and thereon alleges that Defendant OPPORTUNITY
10   CENTRAL is, and was at all relevant times, a business entity of unknown organization, doing
11   business as *MassiveAudios.com, NoticeChronicles.net, RaiseForces.net,* and
12   *TremendousMedias.net,* and claiming its address to be a box at a branch of The UPS Store in
13   Rockledge, Florida. WAGNER is informed and believes that no "Opportunity Central" is
14   registered with the Florida Secretary of State, or with any other state's Secretary of State.
15   WAGNER is informed and believed and thereon alleges that no "Opportunity Central" fictitious
16   business name is registered in Florida. WAGNER is informed and believes and thereon alleges
17   that none of the SPIRE VISION Defendants have a physical presence in Florida other than a box
18   at The UPS Store. WAGNER is informed and believes and thereon alleges that
19   OPPORTUNITY CENTRAL is a subsidiary or division or brand of XL MARKETING
20   CORPORATION and/or its subsidiaries, and its activities include sending and advertising in
21   unlawful spams.
22   29.    WAGNER is informed and believes and thereon alleges that Defendant PATHS DIRECT
23   is, and was at all relevant times, a business entity of unknown organization, doing business as
24   *AdTargets.net, ChangeEmpower.com,* and *DeliveredIntranets.net,* and claiming its address to be
25   a box at a branch of The UPS Store in Raleigh, North Carolina. WAGNER is informed and
26   believes and thereon alleges that no "Paths Direct" is registered with the North Carolina
27   Secretary of State or with any other state's Secretary of State. WAGNER is informed and
28   believes and thereon alleges that no "Paths Direct" fictitious business name is registered in North
29   Carolina. WAGNER is informed and believes and thereon alleges that none of the SPIRE
30   VISION Defendants have a physical presence in North Carolina other than a box at The UPS
31   Store. WAGNER is informed and believes and thereon alleges that PATHS DIRECT is a

**VERIFIED COMPLAINT**

1    subsidiary or division or brand of XL MARKETING CORPORATION and/or its subsidiaries,
2    and its activities include sending and advertising in unlawful spams.
3    30.    WAGNER is informed and believes and thereon alleges that Defendant PULLSMART is,
4    and was at all relevant times, a business entity of unknown organization, doing business as
5    *EngagementTarget.com* and *EprGlobal.com*, and claiming its address to be a box at a branch of
6    The UPS Store in Jacksonville, Florida.  WAGNER is informed and believes and thereon alleges
7    that no "PullSmart" is registered with the Florida Secretary of State, or with any other state's
8    Secretary of State.  WAGNER is informed and believed and thereon alleges that no "PullSmart"
9    fictitious business name is registered in Florida.  WAGNER is informed and believes and
10   thereon alleges that none of the SPIRE VISION Defendants have a physical presence in Florida
11   other than a box at The UPS Store.  WAGNER is informed and believes and thereon alleges that
12   PULLSMART is a subsidiary or division or brand of XL MARKETING CORPORATION
13   and/or its subsidiaries, and its activities include sending and advertising in unlawful spams.
14   31.    WAGNER is informed and believes and thereon alleges that Defendant
15   YOURADSHERE is, and was at all relevant times, a business entity of unknown organization,
16   doing business as *TheAspect.net*, *TheInitial.net*, *TheMagnify.net*, and *TheTraction.net*, and
17   claiming its address to be a box at a branch of The UPS Store in Rosemead, California.
18   WAGNER is informed and believes and thereon alleges that no "YourAdsHere" is registered
19   with the California Secretary of State, or with any other state's Secretary of State.  WAGNER is
20   informed and believes and thereon alleges that no "YourAdsHere" fictitious business name is
21   registered in California.  WAGNER is informed and believes and thereon alleges that none of the
22   SPIRE VISION Defendants have a physical presence in California other than a box at The UPS
23   Store.  WAGNER is informed and believes and thereon alleges that YOURADSHERE is a
24   subsidiary or division or brand of XL MARKETING CORPORATION and/or its subsidiaries,
25   and its activities include sending and advertising in unlawful spams.
26   32.    WAGNER is informed and believes and thereon alleges that the SPIRE VISION entities
27   share physical assets, personnel, addresses, and intellectual property such that the various entities
28   failed to follow proper corporate formalities, and each SPIRE VISION entity is an alter ego of
29   other entities.  To name but three examples:
30
31

**10**

- The *CobraHealthChoices.com* domain name is registered to SERVE CLICKS LLC, but the *CobraHealthChoices.com* website's Terms of Use state that JUNIPER MARKETING LLC operates the website.
- WAGNER received a spam advertising the *EveryDayFamily.com* website from the domain name *TheMagnify.net*, which is registered to YOURADSHERE at a box at a branch of The UPS Store in Rosemead, California. However, a graphic in the body of that same spam claims the spam was sent from 221 N. Hogan Street #386 in Jacksonville, Florida, which is an address claimed by both FURTURESDRIVE and PULLSMART.
- WAGNER received various spams identifying DIGITAL PUBLISHING CORPORATION as the advertiser, but when he clicked the links, he ended up at various websites, the domain names for which are registered to WARD MEDIA INC.

33.     WAGNER hereafter refers to SPIRE VISION LLC, DIGITAL PUBLISHING CORPORATION, JUNIPER MARKETING LLC, MEDIACTIVATE INC., ON DEMAND RESEARCH LLC, PRIME ADVERTISERS LLC, SERVE CLICKS LLC, SPIRE VISION HOLDINGS INC., WARD MEDIA INC., XL MARKETING CORPORATION, ACHIEVE OPPORTUNITIES, AGREEWIZARD, FURTURESDRIVE, JUNCTIONLIGHTS, OPPORTUNITY CENTRAL, PATHS DIRECT, PULLSMART, and YOURADSHERE collectively as "SPIRE VISION."

**C. "Middleman" Defendants**

34.     WAGNER is informed and believes and thereon alleges that Defendant ACCELERIZE NEW MEDIA INC. ("ACCELERIZE") is, and was at all relevant times, a Delaware corporation with a primary place of business in Santa Monica or Newport Beach, California. WAGNER is informed and believes and thereon alleges that ACCELERIZE operates a "marketing and lead generation platform" using the domain name *Cktrk.net*. WAGNER is informed and believes and thereon alleges that for 22 of the spams at issue, SPIRE VISION or another advertiser or middleman hired ACCELERIZE as its agent to advertise for it, and ACCELERIZE in turn hired other third parties as its agents to actually send the spams. WAGNER is informed and believes and thereon alleges that ACCELERIZE is jointly and severally liable, along with SPIRE VISION and everyone else involved with each spam, for 22 spams.

VERIFIED COMPLAINT

35.     WAGNER is informed and believes and thereon alleges that Defendant ADCONION MEDIA INC. ("ADCONION") is, and was at all relevant time, a Delaware corporation located in Santa Monica and/or San Diego, California.  WAGNER is informed and believes and thereon alleges that ADCONION operates an "email channel [that] delivers targeted, [purportedly] permission-based messages to more than 100 million unique consumer profiles" using the domain name *ContactFly.com*.  WAGNER is informed and believes and thereon alleges that for 10 of the spams at issue, SPIRE VISION or another advertiser or middleman hired ADCONION as its agent to advertise for it, and ADCONION in turn hired other third parties as its agents to actually send the spams.  WAGNER is informed and believes and thereon alleges that ADCONION is jointly and severally liable, along with SPIRE VISION and everyone else involved with each spam, for 10 spams.

36.     WAGNER is informed and believes and thereon alleges that LIFESCRIPT hired SPIRE VISION dba *TargetedSpecials.com* as its agent to advertise for it, and SPIRE VISION in turn another third party as its agent to actually send the spams.  WAGNER is informed and believes and thereon alleges that SPIRE VISION is jointly and severally liable, along with LIFESCRIPT and everyone else involved with each spam, for three spams.

**D. Advertiser Defendants**

37.     WAGNER is informed and believes and thereon alleges that Defendant ADHARMONICS INC. ("ADHARMONICS") is, and was at all relevant times, a Delaware corporation with a primary place of business in Cambridge, Massachusetts, and operates the *Provide-Insurance.com* website.

38.     WAGNER is informed and believes and thereon alleges that Defendant EVERYDAYFAMILY INC. ("EVERYDAYFAMILY") is, and was at all relevant times, a Nevada corporation with a primary place of business in Costa Mesa, California, and operates the *PlanningFamily.com* and *EverydayFamily.com* websites.

39.     WAGNER is informed and believes and thereon alleges that Defendant INSITE MARKETING GROUP LLC ("INSITE") is, and was at all relevant times, a Nevada limited liability company with a primary place of business in Carson City or Reno, Nevada, and operates the *AutomotiveFinancial.com* website.

40.     WAGNER is informed and believes and thereon alleges that Defendant LEADRIVAL LP ("LEADRIVAL") is, and was at all relevant times, a Texas limited partnership with a primary

**VERIFIED COMPLAINT**

place of business in Fort Worth or Hurst, Texas, and operates the *SocialSecurityHome.com* website.

41.    WAGNER is informed and believes and thereon alleges that Defendant LIFESCRIPT INC. ("LIFESCRIPT") is, and was at all relevant times, a Delaware corporation with a primary place of business in Mission Viejo, California, and operates the *LifeScript.com* website.

42.    WAGNER is informed and believes and thereon alleges that Defendant ZULU MARKETING LLC ("ZULU") is, and was at all relevant times, a Utah limited liability company with a primary place of business in Orem or Spanish Fork, Utah, and operates the *Online-Home-Careers.com* website.

**E.  DOES 1-100**

43.    WAGNER does not know the true names or legal capacities of the defendants sued herein as DOES 1 through 100, inclusive, and therefore sue these defendants under such fictitious names.  WAGNER will amend this Complaint to allege their true names and capacities when ascertained.  WAGNER is informed and believes and thereon alleges that each fictitiously named defendant is responsible in some manner for the matters alleged herein, and that WAGNER's injuries and damages alleged herein were proximately caused by their conduct.

## III.  JURISDICTION AND VENUE

**A.  Jurisdiction is Proper in a California Court**

44.    This Court has jurisdiction over the Action because WAGNER is a California resident and received the unlawful spams in California.

45.    This Court also has jurisdiction over the Action because several Defendants, including two of the SPIRE VISION entities, claim addresses in California, and because WAGNER seeks less than $75,000 (not including attorneys' fees and costs).

**B.  Venue is Proper in Sonoma County**

46.    Venue is proper against Defendants in Sonoma County because WAGNER and his personal property – his computer – were damaged in Sonoma County when WAGNER received Defendants' spams.  Code Civ. Proc. § 395(a).  *See* B&P Code § 17529(d), (e), (g), and (h), describing damages from receiving spam.

**VERIFIED COMPLAINT**

47.     Venue is proper against Defendants in Sonoma County because the Action arose from the offer of goods and the intended buyer – WAGNER – resided in Sonoma County when he received the spams and when he commenced this Action. Code Civ. Proc. § 395(b).

48.     Venue is also proper against Defendants in Sonoma County because WAGNER received and was damaged by the unlawful spams at issue in Sonoma County, and "A corporation or association may be sued in the county where . . . the obligation or liability arises." Code Civ. Proc. § 395.5.

## IV.  THE UNLAWFUL SPAMS

49.     WAGNER received the 49 spam messages at issue in this Action at his "California email addresses."[1]

50.     The emails at issue are "commercial email advertisements"[2] because they advertise goods and services.

51.     The emails are "unsolicited commercial email advertisements"[3] because WAGNER never gave any Defendant "direct consent"[4] to send him commercial emails, nor did WAGNER have a "preexisting or current business relationship"[5] with any Defendant.

---

[1] "'California e-mail address' means 1) An e-mail address furnished by an electronic mail service provider that sends bills for furnishing and maintaining that e-mail address to a mailing address in this state; 2) An e-mail address ordinarily accessed from a computer located in this state; 3) An e-mail address furnished to a resident of this state." B&P Code § 17529.1(b).

[2] "'Commercial e-mail advertisement' means any electronic mail message initiated for the purpose of advertising or promoting the lease, sale, rental, gift offer, or other disposition of any property, goods, services, or extension of credit." B&P Code § 17529.1(c).

[3] "'Unsolicited commercial e-mail advertisement' means a commercial e-mail advertisement sent to a recipient who meets both of the following criteria: (1) The recipient has not provided direct consent to receive advertisements from the advertiser. (2) The recipient does not have a preexisting or current business relationship, as defined in subdivision (*l*), with the advertiser promoting the lease, sale, rental, gift offer, or other disposition of any property, goods, services, or extension of credit." B&P Code § 17529.1(o).

[4] "'Direct consent' means that the recipient has expressly consented to receive e-mail advertisements *from the advertiser*, either in response to a clear and conspicuous request for the consent or at the recipient's own initiative." B&P Code § 17529.1(d) (emphasis added).

52.     Moreover, to the extent that SPIRE VISION (as opposed to third parties) sent 24 of the spams at issue (Sections IV B and C, below), WAGNER is informed and believes and thereon alleges that SPIRE VISION acquires email addresses from third parties, such that neither it nor its advertiser clients have the recipients' "direct consent" to send them commercial email, as required by California law.

**B.  Spire Vision Sent 12 Unlawful Spams to Wagner on Behalf of Other Advertisers**

53.     For 12 of the spams at issue, other advertisers hired some of the SPIRE VISION entities dba *NetworkTarget.net* and *ADIClicks.com* as their agents to send spams for them.

54.     Those SPIRE VISION entities in turn hired other SPIRE VISION entities to actually send the spams.

     ***1.   Spams Advertising Spire Vision and Adharmonics Inc., via Adconion Media Inc. (1)***

55.     WAGNER received a spam advertising SPIRE VISION and ADHARMONICS on May 8, 2012 with the From Name "Auto Insurance."

56.     The From Name "Auto Insurance" misrepresents *who* is advertising in the spam.  A reasonable recipient could believe that "Auto Insurance" refers to any of hundreds if not thousands of websites related to auto insurance.

57.     SPIRE VISION sent the spam from the domain name *LoanTouch.com*, which is registered to JUNCTIONLIGHTS, claiming its address to be a box at a branch of The UPS Store in Rosemead, California.  However, a graphic in the body of the spam claims that the unnamed sender's address is "221 N. Hogan Street #386 Jacksonville, FL 32202," which is an address claimed by FURTURESDRIVE and PULLSMART.

58.     Clicking the link in the spam caused WAGNER's Internet browser to redirect through *NetworkTarget.net* and *ADIClicks.com* (which WAGNER is informed and believes and thereon alleges are really SPIRE VISION's affiliate network *CommissionWizard.com*), and then *ContactFly.com* (ADCONION) and end up at the *Provide-Insurance.com* website.

---

[5] "'Preexisting or current business relationship,' as used in connection with the sending of a commercial e-mail advertisement, means that the recipient has made an inquiry and has provided his or her e-mail address, or has made an application, purchase, or transaction, with or without consideration, regarding products or services offered by the advertiser. []."  B&P Code § 17529.1(*l*).

**VERIFIED COMPLAINT**

59.     The domain name *Provide-Insurance.com* is proxy-registered to impair people's ability to identify the operator, but WAGNER is informed and believes and thereon alleges that it is operated by ADHARMONICS.

60.     Thus, WAGNER is informed and believes and thereon alleges that ADHARMONICS directly or indirectly hired ADCONION as its agent to send spams for it, and ADCONION directly or indirectly hired some of the SPIRE VISION entities as its agents to send spams for it, and those SPIRE VISION entities directly or indirectly hired other SPIRE VISION entities as their agents to actually send the spams.

### 2. *Spams Advertising Spire Vision and Insite Marketing Group LLC (1)*

61.     WAGNER received a spam advertising SPIRE VISION and INSITE on April 20, 2012 with the From Name "Dream Car."

62.     The From Name "Dream Car" misrepresents *who* is advertising in the spam. A reasonable recipient could believe that "Dream Car" refers to any of hundreds if not thousands of websites related to cars.

63.     SPIRE VISION sent the spam from the domain name *MyCircumstances.com*, which is registered to AGREEWIZARD, claiming its address to be a box at a branch of The UPS Store in Sterling Heights, Michigan.  However, a graphic in the body of the spam claims that the unnamed sender's address is "221 N. Hogan Street #386 Jacksonville, FL 32202," which is an address claimed by FURTURESDRIVE and PULLSMART.

64.     Clicking the link in the spam caused WAGNER's Internet browser to redirect through *NetworkTarget.net* and *ADIClicks.com* (which WAGNER is informed and believes and thereon alleges are really SPIRE VISION's affiliate network *CommissionWizard.com*) and end up at the *AutomotiveFinancial.com* website.

65.     The domain name *AutomotiveFinancial.com* is registered to INSITE.

66.     Thus, WAGNER is informed and believes and thereon alleges that ADHARMONICS directly or indirectly hired some of the SPIRE VISION entities as its agents to send spams for it, and those SPIRE VISION entities directly or indirectly hired other SPIRE VISION entities as their agents to actually to send the spams.

**VERIFIED COMPLAINT**

1     **3.   *Spams Advertising Spire Vision and EverydayFamily Inc. (6)***

2     67.     WAGNER received spams advertising SPIRE VISION and EVERYDAYFAMILY on

3     May 4; May 5, 2012; May 6, 2012 (2); May 7, 2012; and May 12, 2012, all with the From Name

4     "FreeDiapers."

5     68.     The From Name "FreeDiapers" misrepresents *who* is advertising in the spams.  A

6     reasonable recipient could believe that "FreeDiapers" refers to any of hundreds if not thousands

7     of websites related to diapers.

8     69.     SPIRE VISION sent the May 4 spam from the domain name *TheMagnify.net*, the May 5

9     spam from the domain name *TheInitial.net*, and the first May 6 spam from the domain name

10    *TheTraction.net*, all of which are registered to YOURADSHERE, claiming its address to be a

11    box at a branch of The UPS Store in Rosemead, California.  SPIRE VISION sent the second

12    May 6 spam from the domain name *Eprimary.net*, the May 7 spam from the domain name

13    *MyImpactful.net*, and the May 12 spam from the domain name *TheDedicatedBlog.com*, all of

14    which are registered to FURTURESDRIVE, claiming its address to be a box at a branch of The

15    UPS Store in Jacksonville, Florida.  However, a graphic in the body of *all* of the spams claims

16    that the unnamed sender's address is "221 N. Hogan Street #386 Jacksonville, FL 32202," which

17    is an address claimed by FURTURESDRIVE and PULLSMART.

18    70.     Clicking the links in the spams caused WAGNER's Internet browser to redirect through

19    *NetworkTarget.net* and *ADIClicks.com* (which WAGNER is informed and believes and thereon

20    alleges are really SPIRE VISION's affiliate network *CommissionWizard.com*) and end up at the

21    *EveryDayFamily.com* website.

22    71.     The domain name *EverydayFamily.com* is registered to EVERYDAYFAMILY.

23    72.     Thus, WAGNER is informed and believes and thereon alleges that

24    EVERYDAYFAMILY directly or indirectly hired some of the SPIRE VISION entities as its

25    agents to send spams for it, and those SPIRE VISION entities directly or indirectly hired other

26    SPIRE VISION entities as their agents to actually send the spams.

27     **4.   *Spams Advertising Spire Vision and LeadRival LP (1)***

28    73.     WAGNER received a spam advertising SPIRE VISION and LEADRIVAL on April 20,

29    2012 with the From Name "Disability Benefit Services."

30

31

**VERIFIED COMPLAINT**

74. The From Name "Disability Benefit Services" misrepresents *who* is advertising in the spam. A reasonable recipient could believe that "Disability Benefit Services" refers to any of hundreds if not thousands of websites related to disability benefit services.

75. SPIRE VISION sent the spam from the domain name *WatchDailyNews.com*, which is registered to JUNCTIONLIGHTS, claiming its address to be a box at a branch of The UPS Store in Rosemead, California. However, a graphic in the body of the spam claims that the unnamed sender's address is "221 N. Hogan Street #386 Jacksonville, FL 32202," which is an address claimed by FURTURESDRIVE and PULLSMART.

76. Clicking the link in the spam caused WAGNER's Internet browser to redirect through *NetworkTarget.net* (which WAGNER is informed and believes and thereon alleges is really SPIRE VISION's affiliate network *CommissionWizard.com*) and end up at the *SocialSecurityHome.com* website.

77. The domain name *SocialSecurityHome.com* is registered to LEADRIVAL.

78. Thus, WAGNER is informed and believes and thereon alleges that LEADRIVAL directly or indirectly hired some of the SPIRE VISION entities as its agents to send spams for it, and those SPIRE VISION entities directly or indirectly hired other SPIRE VISION entities as their agents to actually send the spams.

### 5. *Spams Advertising Spire Vision and Zulu Marketing LLC (3)*

79. WAGNER received spams advertising SPIRE VISION and ZULU on May 5, 2012 with the From Name "Million Dollar Income"; on May 6, 2012 with the From Name "MillionDollarIncome"; and on May 7, 2012 with the From Name "MillionDollarIncome."

80. The From Names "Million Dollar Income" and "MillionDollarIncome" misrepresent *who* is advertising in the spams. A reasonable recipient could believe that "Million Dollar Income" and "MillionDollarIncome" refers to any of hundreds if not thousands of websites related to dubious get-rich-quick-at-home schemes.

81. SPIRE VISION sent the May 5 spam from the domain name *Eprglobal.com* and the May 6 spam from the domain name *EngagementTarget.com*, both of which are registered to PULLSMART, claiming its address to be a box at a branch of The UPS Store in Jacksonville, Florida. SPIRE VISION sent the May 7 spam from the domain name *Eproductiveblog.com*, which is registered to AGREEWIZARD, claiming its address to be a box at a branch of The UPS Store in Sterling Heights, Michigan. However, a graphic in the body of *all* of the spams claims

VERIFIED COMPLAINT

that the unnamed sender's address is "221 N. Hogan Street #386 Jacksonville, FL 32202," which is an address claimed by FURTURESDRIVE and PULLSMART.

82.     Clicking the links in the spams caused WAGNER's Internet browser to redirect through *NetworkTarget.net* (which WAGNER is informed and believes and thereon alleges is really SPIRE VISION's affiliate network *CommissionWizard.com*) and end up at the *Online-Home-Careers.com* website.

83.     The domain name *Online-Home-Careers.com* is registered to ZULU.

84.     Thus, WAGNER is informed and believes and thereon alleges that ZULU directly or indirectly hired some of the SPIRE VISION entities as its agents to send spams for it, and those SPIRE VISION entities directly or indirectly hired other SPIRE VISION entities as their agents to actually send the spams.

**C. Spire Vision Sent 12 Unlawful Spams to Wagner Advertising its Own Websites**

85.     For 12 of the spams at issue, some of the SPIRE VISION entities hired other SPIRE VISION entities to send spams for them advertising their own websites, and those SPIRE VISION entities hired other SPIRE VISION entities to actually send spams for them.  In other words, SPIRE VISION acted as the advertiser, the middleman, *and* the sender.

> *1.  **Spams Advertising On Demand Research LLC, via Accelerize New Media Inc. (9)***

86.     WAGNER received nine spams advertising ON DEMAND RESEARCH LLC via ACCELERIZE as follows:

| Date | From Name | Subject Line |
|---|---|---|
| May 4, 2012 | Favorite Snacks Survey | Fruit or Chocolate? Take Our $25 Snack Giftcard Survey |
| May 4, 2012 | Social Network Bully Survey | Receive a $20 giftcard Christopher Wagner. Complete our survey |
| May 5, 2012 | May Giftcard Survey | Receive a $20 giftcard Christopher Wagner. Complete our survey |
| May 6, 2012 | FavoriteSnacksSurvey | Fruit or Chocolate? Take Our $25 Snack Giftcard Survey |
| May 6, 2012 | Anti Bullying Survey | AntiBullying Survey: Claim your $20 Dunkin Donut Giftcard |
| May 7, 2012 | May Giftcard Survey | AntiBullying Survey: Claim your $20 Dunkin Donut Giftcard |
| May 8, 2012 | GiftCard Survey | Claim a $25 Giftcard for completing our Fling Survey |
| May 8, 2012 | Favorite Snacks Survey | Claim a $25 Giftcard for completing our Snacks Survey |

**VERIFIED COMPLAINT**

| Date | From Name | Subject Line |
|------|-----------|--------------|
| May 12, 2012 | Anti Bullying Survey | Receive a $20 DD giftcard for completing our survey |

87.     The From Names all misrepresent *who* is advertising in the spam.  A reasonable recipient could believe that these From Names refers to any of hundreds if not thousands of "survey" websites.

88.     The Subject Line of each spam expressly states or suggests that *all* a person has to do is complete a survey to receive the gift card.  None of the Subject Lines even hint of any requirements to buy, lease, or sign up for anything in order to receive the gift card.

89.     In five of the spams, text in the body refers to "Free*" gift cards – with an asterisk – but there is no second asterisk actually describing any limitations or conditions on "Free," nor even a reference to where a person might learn what limitations or conditions there might be.

90.     WAGNER is informed and believes and thereon alleges that it is impossible for a person to receive the gift card without buying, leasing, and/or signing up for goods or services.  Indeed, in four of the spams, text in the body states that a person must "Complete our survey & sponsor offers" to receive the gift card and then, in a smaller type, "See site for terms and gift rules."

91.     SPIRE VISION sent the first May 4 spam from the domain name *MyContestants.net*, which is registered to AGREEWIZARD, claiming its address to be a box at a branch of The UPS Store in Sterling Heights, Michigan.  SPIRE VISION sent the second May 4 spam from the domain name *TremendousMedias.net*, which is registered to OPPORTUNITY CENTRAL, claiming its address to be a box at a branch of The UPS Store in Rockledge, Florida.  SPIRE VISION sent the May 5 spam from the domain name *AdTargets.net*, which is registered to PATHS DIRECT, claiming its address to be a box at a branch of The UPS Store in Raleigh, North Carolina.  SPIRE VISION sent the first May 6 spam from the domain name *MyCapitalize.com*, which is registered to AGREEWIZARD, claiming its address to be a box at a branch of The UPS Store in Sterling Heights, Michigan.  SPIRE VISION sent the second May 6 spam from the domain name *NoticeChronicles.net*, which is registered to OPPORTUNITY CENTRAL, claiming its address to be a box at a branch of The UPS Store in Rockledge, Florida.  SPIRE VISION sent the May 7 spam from the domain name *DeliveredIntranets.net*, which is registered to PATHS DIRECT, claiming its address to be a box at a branch of The UPS Store in Raleigh, North Carolina.  SPIRE VISION sent the first May 8 spam from the domain name

1 | *ChangeEmpower.com*, which is registered to YOURADSHERE, claiming its address to be a box
2 | at a branch of The UPS Store in Rosemead, California.  SPIRE VISION sent the second May 8
3 | spam from the domain name *TheAspect.net*, which is registered to AGREEWIZARD, claiming
4 | its address to be a box at a branch of The UPS Store in Sterling Heights, Michigan.  SPIRE
5 | VISION sent the May 12 spam from the domain name *MassiveAudios.com*, which is registered
6 | to OPPORTUNITY CENTRAL, claiming its address to be a box at a branch of The UPS Store in
7 | Rockledge, Florida.  Notwithstanding the fact that the domain names are registered to various
8 | SPIRE VISION entities/fictitious business names in various states, a graphic in the body of each
9 | spam claims that the unnamed sender's address is "221 N. Hogan Street #386 Jacksonville, FL
10 | 32202," which is an address claimed by FURTURESDRIVE and PULLSMART.

11 | 92.       Clicking the link in the spam caused WAGNER's Internet browser to redirect through
12 | ACCELERIZE's domain name *Cktrk.net* and end up at the *OnDemandResearch.com* website.

13 | 93.       The domain name *OnDemandResearch.com* is registered to ON DEMAND RESEARCH
14 | LLC.

15 | 94.       Thus, WAGNER is informed and believes and thereon alleges that ON DEMAND
16 | RESEARCH LLC directly or indirectly hired ACCELERIZE as its agent to advertise ON
17 | DEMAND RESEARCH LLC's website via spam, and ACCELERIZE in turn directly or
18 | indirectly hired other SPIRE VISION entities as its agents to actually send the spams.

19 |     **2.   *Spams Advertising Ward Media Inc./Digital Publishing Corporation (3)***

20 | 95.       SPIRE VISION sent WAGNER three spams advertising WARD MEDIA INC./DIGITAL
21 | PUBLISHING CORPORATION as follows:

| Date | From Name | Subject Line |
|---|---|---|
| May 8, 2012 | I.T.MgmtCourses | Are You A Tech Problem Solver? Learn IT Management" |
| May 8, 2012 | App Developers Courses | Take Courses to Be an App Developer, Christopher Wagner |
| May 8, 2012 | "Sports Management 4 USA | Pursue your love of sports by earning an education." |

96.       The From Names all misrepresent *who* is advertising in the spam.  A reasonable recipient
could believe that these From Names refers to any of hundreds if not thousands of "courses"
websites.

**VERIFIED COMPLAINT**

97.     WAGNER does work with computers, but not in information technology management or developing applications.  WAGNER has never expressed any interest in courses in sports management.  Thus, the Subject Lines further confirm that WAGNER never gave WARD MEDIA INC./DIGITAL PUBLISHING CORPORATION, the advertiser, "direct consent" to send him these emails.

98.     SPIRE VISION sent the first May 8 spam from the domain name *RaiseForces.net*, which is registered to OPPORTUNITY CENTRAL, claiming its address to be a box at a branch of The UPS Store in Rockledge, Florida.  SPIRE VISION sent the second May 8 spam from the domain name *AlertLinks.com*, which is registered to ACHIEVE OPPORTUNITIES.  SPIRE VISION sent the May 5 spam from the domain name *AdTargets.net*, which is registered to PATHS DIRECT, claiming its address to be a box at a branch of The UPS Store in Greenville, Delaware.  SPIRE VISION sent the third May 8 spam from the domain name *ZtDigitalMovie.com*, which is registered to FURTURESDRIVE, claiming its address to be a box at a branch of The UPS Store in Jacksonville, Florida.  Notwithstanding the fact that the domain names are registered to various SPIRE VISION entities/fictitious business names in various states, a graphic in the body of each spam claims that the unnamed sender's address is "221 N. Hogan Street #386 Jacksonville, FL 32202," which is an address claimed by FURTURESDRIVE and PULLSMART.

99.     Clicking the link in the spams caused WAGNER's Internet browser to redirect through *NetworkTarget.net* and *ADIClicks.com* (which WAGNER is informed and believes and thereon alleges are really SPIRE VISION's affiliate network *CommissionWizard.com*) and end up at the *Technology4USA.info, Design4USA.info,* and *Business4USA.info* websites.

100.    The domain names *Technology4USA.info, Design4USA.info,* and *Business4USA.info* are registered to WARD MEDIA INC.

101.    However, the spams themselves all identify the advertiser as "D.P.C."  WAGNER is informed and believes and thereon alleges that "D.P.C." refers to DIGITAL PUBLISHING CORPORATION.

102.    Thus, WAGNER is informed and believes and thereon alleges that some of the SPIRE VISION entities directly or indirectly hired other SPIRE VISION entities as their agents to advertise SPIRE VISION's own websites via spam, and those SPIRE VISION entities in turn

**VERIFIED COMPLAINT**

directly or indirectly hired other SPIRE VISION entities as their agents to actually send the spams.

**D. Spire Vision Hired Third Parties Who Sent, or Hired Others to Send, 22 Unlawful Spams to Wagner Advertising Spire Vision's Own Websites**

103.   For 13 of the spams at issue, some of the SPIRE VISION entities hired third parties to send spams for them advertising their own websites.  Those entities hired other third parties, and in some cases those entities hired yet other third parties, to actually send the spams.

104.   For nine of the spams at issue, some of the SPIRE VISION entities hired other SPIRE VISION entities as their agents to send spams advertising their own websites.  Those SPIRE VISION entities hired other third parties, and in some cases those entities hired yet other third parties, to actually send the spams.

   *1.   Spams Advertising Serve Clicks LLC/Juniper Marketing LLC, via Accelerize New Media Inc. and Adconion Media Inc. (13)*

105.   WAGNER received 13 spams advertising JUNIPER MARKETING LLC's websites *CobraHealthChoices.com* and *CobraHealthQuotes.com* as follows:

| Date | From Name | Website |
|---|---|---|
| June 28, 2012 | COBRA Health Choice | *CobraHealthChoices.com* |
| July 1, 2012 | COBRASavings | *CobraHealthChoices.com* |
| July 2, 2012 | Cobra Health Choices | *CobraHealthQuotes.com* |
| July 4, 2012 | Obamacare Insurance Changes | *CobraHealthQuotes.com* |
| July 5, 2012 | COBRA Health Choice | *CobraHealthChoices.com* |
| July 5, 2012 | ObamaCare | *CobraHealthQuotes.com* |
| July 5, 2012 | Obamacare Insurance Changes | *CobraHealthQuotes.com* |
| July 9, 2012 | Cobra Choice | *CobraHealthChoices.com* |
| July 10, 2012 | Health Reform News | *CobraHealthChoices.com* |
| July 12, 2012 | Cobra Choice | *CobraHealthChoices.com* |
| July 18, 2012 | COBRA Choice | *CobraHealthChoices.com* |
| July 24, 2012 | Cobra Health | *CobraHealthChoices.com* |
| July 25, 2012 | Cobra Health Choices | *CobraHealthQuotes.com* |

106.   All of these From Names misrepresent *who* is advertising in the spams.  A reasonable recipient could believe that these From Names refers to any of hundreds if not thousands of websites related to COBRA health insurance and/or President Obama's Affordable Care Act.

107.   JUNIPER MARKETING LLC's affiliates sent the spams from domain names registered to entities that do not match the entities identified in the bodies of the spams as the senders.  Furthermore, the sending domain names (and the domain names contained in the clickable links

**23**

1  in the bodies of the spams) are registered to entities that WAGNER is informed and believes and

2  thereon alleges are neither real companies nor registered fictitious business names.

3  108.    Clicking the links in the spams caused WAGNER's Internet browser to redirect through

4  several other domain names, and then (for 10 of the 13 spams) ADCONION's domain name

5  *ContactFly.com*, and then ACCELERIZE's domain name *Cktrk.net*, and end up at the

6  *CobraHealthChoices.com* or *CobraHealthQuotes.com* website.

7  109.    The domain name *CobraHealthChoices.com* is falsely registered to

8  "DomainRegistrations" (not a real entity) at "2550 E. Desert Inn Road" (a branch of The UPS

9  Store, although the registration information does not provide a box number), in Las Vegas,

10  Nevada, with the invalid ZIP Code "891121." However, the domain registration includes a

11  contact email address *csadmin@serveclicks.com*, which identifies SERVE CLICKS LLC. But,

12  the *CobraHealthChoices.com* Terms of Use identifies JUNIPER MARKETING LLC as the

13  operator of the website.

14  110.    The domain name *CobraHealthQuotes.com* is proxy-registered so that a person

15  conducting a Whois query cannot identify the operator. But, the *CobraHealthQuotes.com* Terms

16  of Use identifies JUNIPER MARKETING LLC as the operator of the website.

17  111.    Thus, WAGNER is informed and believes and thereon alleges that some of the SPIRE

18  VISION entities hired ACCELERIZE as their agent to advertise JUNIPER MARKETING

19  LLC's websites via spam, and for 10 of the 13 spams ACCELERIZE in turn hired ADCONION

20  as its agent to send the spams, and ACCELERIZE/ADCONION in turn hired third parties as its

21  agent to actually send the spams.

22      **2.  *Spams Advertising Ward Media Inc./Digital Publishing Corporation (9)***

23  112.    WAGNER received nine spams advertising WARD MEDIA INC./DIGITAL

24  PUBLISHING CORPORATION as follows:

25
| Date | From Name | Subject Line |
|------|-----------|--------------|
| June 24, 2012 | Sports Management 4 USA | Pursue your love of sports by earning an education. |
| June 30, 2012 | Psychologist Courses | Investigate the human mind through Psychology. Find Programs. |
| July 12, 2012 | Radiology Courses | Radiology Program – Learn to work with CT and MRI equipment |
| July 20, 2012 | socialWorkerCourses | Start your social worker education. |
| July 20, 2012 | socialWorkerCourses | Start your social worker education. |
| July 20, 2012 | SocialWorkerPrograms | Earn a Social_Work *Degree. |

**VERIFIED COMPLAINT**

| Date | From Name | Subject Line |
|------|-----------|--------------|
| July 20, 2012 | socialWorkerCourses | Start your social worker education. |
| July 20, 2012 | CrisisCounseling4USA | help Americans, with a Crisis Counseling education |
| July 20, 2012 | socialWorkerCourses | Start your social worker education. |

113.    The From Names all misrepresent *who* is advertising in the spam.  A reasonable recipient could believe that these From Names refers to any of hundreds if not thousands of "courses" websites.

114.    WAGNER has never expressed any interest in courses in sports management, psychology, radiology, social work, or crisis counseling.  Thus, the Subject Lines further confirm that WAGNER never gave WARD MEDIA INC./DIGITAL PUBLISHING CORPORATION, the advertiser, "direct consent" to send him these emails.

115.    WARD MEDIA INC./DIGITAL PUBLISHING CORPORATION's affiliates sent some of the spams from and linking to domain names *GrandExpert.info, TheFitnessExpert.com, RecipesYouLove.com, SafariLandingPage.org,* and *NetworkYorkers.com,* which are registered to "What Happened When," "Smart Shoppers LLC," "Water Cooler Media LLC," "Digital Thumb Inc.," and "OpenTech ePower Project LLC," respectively, none of which are valid companies.

116.    Clicking the link in the spams caused WAGNER's Internet browser to redirect through *ADIClicks.com* (which WAGNER is informed and believes and thereon alleges is really SPIRE VISION's affiliate network *CommissionWizard.com*) and end up at the *Business4USA.info, Counseling4USA.info, Teach4USA.info,* and *BecomeASocialWorker.info* websites.

117.    The domain names *Business4USA.info, Counseling4USA.info, Teach4USA.info,* and *BecomeASocialWorker.info* are registered to WARD MEDIA INC.

118.    However, some of the spams identify the advertiser as DIGITAL PUBLISHING CORPORATION and others identify the advertiser as "D.P.C.," which WAGNER is informed and believes and thereon alleges refers to DIGITAL PUBLISHING CORPORATION.

119.    Thus, WAGNER is informed and believes and thereon alleges that WARD MEDIA INC./DIGITAL PUBLISHING CORPORATION directly or indirectly hired other SPIRE VISION entities as their agent to advertise WARD MEDIA INC./DIGITAL PUBLISHING CORPORATION's websites, and those SPIRE VISION entities in turn hired third parties as their agents to actually send the spams.

**VERIFIED COMPLAINT**

**E.  Spire Vision was Hired by Other Advertisers to Advertise for Them, and Spire Vision In Turn Hired Third Parties to Actually Send Three Spams**

    *1.  Spams Advertising LifeScript Inc., via Spire Vision (3)*

120.    WAGNER is informed and believes and thereon alleges that LIFESCRIPT owns the *LifeScript.com* domain name and website.

121.    WAGNER received spams on July 10 and July 11, 2012 advertising LIFESCRIPT with the From Name "Free Snuggle Sample."  WAGNER received a spam on July 15, 2012 with the From Name "Crystal Light."

122.    The From Names all misrepresent *who* is advertising in the spam.  A reasonable recipient could believe that the July 10 and 11 spams are from any of numerous sources for free product samples.  WAGNER is informed and believes and thereon alleges that the spams are not *from* The Sun Products Corporation, manufacturer of the "Snuggle" fabric softener, or Kraft Foods Global Inc., manufacturer of the Crystal Light beverage.

123.    The link in the July 10 spam points to *YourFrequentResources.com*, redirects through *TargetedSpecials.com* (which WAGNER is informed and believes and thereon alleges is really SPIRE VISION's affiliate network *CommissionWizard.com*), and eventually caused WAGNER's Internet browser to land on the *LifeScript.com* website.  The link in the July 11 spam points to *InteractiveMarketWebNow.com*, redirects through *TargetedSpecials.com* (which WAGNER is informed and believes and thereon alleges is really SPIRE VISION's affiliate network *CommissionWizard.com*), and eventually caused WAGNER's Internet browser to land on the *LifeScript.com* website.  The link in the July 15 spam points to *CentralFastMarketers.com*, redirects through *TargetedSpecials.com* (which WAGNER is informed and believes and thereon alleges is really SPIRE VISION's affiliate network *CommissionWizard.com*), and eventually caused WAGNER's Internet browser to land on the *LifeScript.com* website.

124.    Thus, WAGNER is informed and believes and thereon alleges that LIFESCRIPT hired SPIRE VISION to advertise for it, and SPIRE VISION in turn hired the Affiliates (the individuals or entities doing business as *YourFrequentResources.com*, *InteractiveMarketWebNow.com*, and *CentralFastMarketers.com*) to actually send the spams.

125.    WAGNER is informed and believes and thereon alleges that LIFESCRIPT, SPIRE VISION, and the Affiliates are all jointly and severally liable for the spams.

## FIRST CAUSE OF ACTION

**[Violations of California Restrictions on Unsolicited Commercial Email,
California Business & Professions Code § 17529.5]
(Against All Defendants)**

126.   WAGNER hereby incorporates the foregoing paragraphs as though set forth in full herein.

127.   Defendants sent and advertised in 49 unlawful spams to WAGNER's California email address.

128.   WAGNER received the spams within one year prior to filing this Complaint.

**A. Defendants Violated B&P Code § 17529.5(a)(2) – Misrepresented Information in From Names**

129.   It is unlawful to advertise in spams that contain or are accompanied by falsified, misrepresented, or forged header information.  B&P Code § 17529.5(a)(2).

130.   The From Name in an email is supposed to identify who the email is *from*; it is not supposed to be an advertising message.

131.   Earlier this year, the Court of Appeal of the First District affirmed in all respects the trial court's statement of decision in *Balsam v. Trancos Inc. et al*, 203 Cal. App. 4th 1083, 1088 (1st Dist. 2012).  The *Trancos* court confirmed that generic From Names (like the ones at issue) violate the statute, ruling that generic sender names that "do not exist or are otherwise misrepresented when they do not represent any real company and cannot be readily traced back to the true owner/sender," and affirming the trial court's award of $1,000 liquidated damages per spam for the spams with From Names Paid Survey, Your Business, Christian Dating, Your Promotion, Bank Wire Transfer Available, Dating Generic, and Join Elite, but *not* eHarmony. *Id.* at 1093.

132.   All of the From Names of the spams at issue – e.g., "Auto Insurance," "FreeDiapers," "Health Insurance Choices," "GiftCard Survey," "Apps Developers Courses," etc. – are generic terms like those in *Trancos*, and misrepresented *who* was advertising in the spams.

**B. Defendants Violated B&P Code § 17529.5(a)(2) – Misrepresented Information in Doman Name Registrations**

133.   It is unlawful to advertise in spams that contain or are accompanied by falsified, misrepresented, or forged header information.  B&P Code § 17529.5(a)(2).

134.    As described below, all 49 spams violate California law because the sending domain names do not identify SPIRE VISION or its affiliates on their face, nor are the domain names readily traceable to SPIRE VISION or its affiliates.

> [W]here, as in this case, the commercial e-mailer intentionally uses . . . domain names in its headers that neither disclose the true sender's identity on their face nor permit the recipient to readily identify the sender, . . . such header information *is* deceptive and *does* constitute a falsification or misrepresentation of the sender's identity. . . .

> Here, the domain names were *not* traceable to the actual sender.  The header information is "falsified" or "misrepresented" because Trancos deliberately created it to prevent the recipient from identifying who actually sent the message. . . . . an e-mail with a made-up *and untraceable* domain name affirmatively *and falsely* represents the sender has no connection to Trancos.

> Allowing commercial e-mailers like Trancos to conceal themselves behind untraceable domain names amplifies the likelihood of Internet fraud and abuse-- the very evils for which the Legislature found it necessary to regulate such e-mails when it passed the Anti-spam Law.

> We therefore hold, consistent with the trial court's ruling, that header information in a commercial e-mail is falsified or misrepresented for purposes of section 17529.5(a)(2) when it uses a sender domain name that *neither* identifies the actual sender on its face *nor* is readily traceable to the sender using a publicly available online database such as WHOIS.

*Trancos,* 203 Cal. App. 4th at 1097-1101 (emphasis in original).

### 1. ***Spams Sent By Spire Vision Itself (24)***

135.    WAGNER is informed and believes and thereon alleges that SPIRE VISION entities willfully took steps to deceive recipients of their spams by registering each and every domain name used to send 24 spams to WAGNER (sections IV B and C, above) to non-existent companies, claiming their addresses to be boxes at branches of The UPS Store in states in which SPIRE VISION otherwise has no physical presence, such that the domain names were not readily traceable (or, indeed, traceable at all) back to any real SPIRE VISION company.  For example, SPIRE VISION registered the domain names *TheInitial.net*, *TheMagnify.net*, *TheTraction.net*, and *TheAspect.net* to YOURADSHERE, claiming the address 3592 Rosemead Blvd. #461, Rosemead, CA, which is a box at a branch of The UPS Store.

**VERIFIED COMPLAINT**

2.  ***Spams Sent By Third Parties that Spire Vision Hired to Advertise its Own Websites (22)***

136.    SPIRE VISION hired third parties to send 22 spams to WAGNER (section IV D, above). Most of these domain names are also registered so as to prevent the recipient from identifying the party who actually hit the send button.

137.    For example, spammers registered domain names to "IPTech Monitor" in Longwood, Florida; to "Micro Horde" in Derry, New Hampshire; to "Babble Optic" in New Orleans, Louisiana; to "OpenTech ePower Project LLC" in Houston, Texas; to "Digital Thumb Inc." in Portland, Oregon; etc.  None of these entities are real companies.  All of the addresses are P.O. Boxes or boxes at commercial mail receiving agencies.

3.  ***Spams Sent By a Third Party that Spire Vision Hired to Advertise Another Advertiser's Website (3)***

138.    LIFESCRIPT hired SPIRE VISION to advertise for it, and SPIRE VISION hired *one* third party to actually send three spams to WAGNER (section IV E, above).

139.    The three spams were sent from the domain names *YourFrequentResources.com*, *InteractiveMarketWebNow.com*, and *CentralFastMarketers.com*.  The websites associated with these three domain names have different graphical layouts but *identical* text.

140.    When WAGNER clicked the link in each spam, his Internet browser was automatically redirected to *TargetedSpecials.com* (which WAGNER is informed and believes and thereon alleges is really SPIRE VISION's affiliate network *CommissionWizard.com*).  For all three spams, the URL beginning with *TargetedSpecials.com* included the *same* text "&pub=400436."

141.    Therefore, WAGNER is informed and believes and thereon alleges that the same "pub" code demonstrates that all three spams were sent by the same SPIRE VISION publisher (a/k/a "Affiliate"), which SPIRE VISION identifies by the code 400436.

142.    However, Whois queries reveal that the domain names used to send the three spams – *YourFrequentResources.com, InteractiveMarketWebNow.com*, and *CentralFastMarketers.com* – are registered to three *different* individuals: "Steve Kuchonvsky, Frequent Resources" in Seattle, Washington; "Edward Brown, interactivemarketweb.com" in Houston, Texas; and "Paul Eduards, Fast Marketers" in Fort Lee, New Jersey.

143.    Therefore, WAGNER is informed and believes and thereon alleges that there is just *one* entity who SPIRE VISION hired to send the three LIFESCRIPT spams, and that entity's conscious decision to register three domain names to three different individuals in three different

1   states means that at least two, if not all three, domain name registrations are not readily traceable

2   to the true sender.

3   **C.  Defendants Violated B&P Code § 17529.5(a)(2) – False and Misrepresented**

4       **Information in Subject Lines**

5   144.    It is unlawful to advertise in spams that contain or are accompanied by falsified,

6   misrepresented, or forged header information.  B&P Code § 17529.5(a)(2).

7   145.    From an *absolute* perspective, the Subject Lines of the nine spams advertising ON

8   DEMAND RESEARCH LLC (section IV C(2)) are false and contain misrepresented information

9   because a person cannot receive a gift card *just* by taking a survey.

10  146.    Nothing in the Subject Lines of these nine spams even hints of any other limitations or

11  conditions, such as a requirement to buy/lease or sign up for anything.

12  **D.  Defendants Violated B&P Code § 17529.5(a)(3) – Misleading Information in Subject**

    **Lines**

13  147.    It is unlawful to advertise in spams with Subject Lines likely to mislead the recipient

14  about a material fact regarding the contents or subject matter of the email.  B&P Code

15  § 17529.5(a)(3).

16  148.    In addition to being false from an *absolute* perspective, the Subject Lines of the nine

17  spams advertising ON DEMAND RESEARCH LLC (section IV C(2)) are also misleading

18  *relative* to the bodies of the spams.

19  149.    These spams' Subject Lines give no indication that there are any purchase/lease/signup

20  conditions to receive a gift card.

21  150.    However, the bodies of five of the spams claim that the gift cards are "Free*" – the

22  asterisk indicating that there are conditions or limitations (even though there is no *second*

23  asterisk stating what those conditions or limitations might be or even where a person might learn

24  what those conditions or limitations might be).  The body of four of the spams contains text

25  expressly stating that a person must also "complete sponsor offers," which WAGNER is

26  informed and believes and thereon alleges means that the person might buy, lease, or sign up for

27  products, services, or websites.

28  **E.  Wagner Suffered Damages; Recipients of Unlawful Spam Have Standing to Sue Under**

29      **B&P Code § 17529.5 and Recover $1,000 Per Spam Liquidated Damages**

30  151.    Wagner suffered damages as a result of Defendants' wrongful conduct, when he received

31  the unlawful spams.  *See* B&P Code § 17529(d), (e), (g), (h).

152.    Recipients of unlawful spam have standing to sue.  *See* B&P Code § 17529.5(b)(1)(A)(iii).  Nothing in the statute requires that a recipient click and purchase the goods or services advertised in the spam.

153.    The California Legislature set liquidated damages at One Thousand Dollars ($1,000) per email in violation of the statute.  *See* B&P Code § 17529.5(b)(1)(B)(ii).

154.    For each spam, the SPIRE VISION Defendant and the other advertiser, sender, and/or middleman Defendant are jointly and severally liable for damages.

155.    Each and every spam had materially misrepresented and deceptive information contained in or accompanying the headers in violation of B&P Code § 17529.5 due to misrepresented information in the From Names and/or domain name registrations and/or Subject Lines.

**F.    Defendants are Not Entitled to a Reduction in Statutory Damages / Advertisers are Strictly Liable for Their Affiliates' Unlawful Spams**

156.    Defendants are not entitled to any reduction in liquidated damages because Defendants cannot demonstrate that they have reasonably effective systems in place to prevent the sending of unlawful spam in violation of the statute.

157.    Indeed, WAGNER is informed and believes and thereon alleges that SPIRE VISION acquires consumers' email addresses from other sources – its "affiliates."  Therefore, SPIRE VISION does not have recipients' "direct consent," as defined by B&P Code § 17529.1(d), to send them commercial emails, which means that SPIRE VISION knowingly and deliberately advertised in and sent *unsolicited* commercial emails, a/k/a "spams."

158.    Moreover, From Names and Subject Lines do not write themselves; the From Names and domain registrations were not "clerical errors."

159.    Additionally, Spire Vision's actions of registering its Internet domain names to nonexistent companies using boxes at branches of The UPS Store in states in which it has no other physical presence indicates willful decisions to create materially false and misrepresented information in and accompanying the email headers, in violation of the statute.

160.    For the spams that SPIRE VISION sent on behalf of the other Defendants, the other Defendants are not entitled to a reduction in damages because they are strictly liable for SPIRE VISION'S actions, who acted as their agent.  *Hypertouch v. ValueClick Inc. et al*, 192 Cal. App. 4th 805, 821, 829-30 (2d Dist. 2011).  For the spams that SPIRE VISION or others sent on

31

**VERIFIED COMPLAINT**

behalf of SPIRE VISION's own websites, SPIRE VISION is similarly strictly liable for the senders' actions.

**G. Wagner is Entitled to Attorneys' Fees and Costs**

161.    WAGNER seeks reimbursement of attorneys' fees and costs as authorized by B&P Code § 17529.5(b)(1)(C).

162.    The attorneys' fees provision for a prevailing spam recipient is typical of consumer protection statutes and supported by Code of Civil Procedure § 1021.5. By prosecuting this action, WAGNER expects to enforce an important right affecting the public interest and thereby confer a significant benefit on the general public or a large class of persons. The necessity and financial burden of private enforcement is such as to make the award appropriate, and the attorneys' fees should not, in the interest of justice, be paid out of the recovery of damages.

WHEREFORE, WAGNER prays for judgment against Defendants, and each of them, as hereinafter set forth.

### SECOND CAUSE OF ACTION

**[Violations of California Requirements for Use of Commercial Mail Receiving Agencies,
California Business & Professions Code § 17538.5]
(Against SPIRE VISION Defendants)**

163.    WAGNER hereby incorporates the foregoing paragraphs as though set forth in full herein.

164.    California B&P Code § 17538.5(a) states:

> It is unlawful in the sale or offering for sale of consumer goods or services for any person conducting, any business in this state which utilizes a post office box address, a private mailbox receiving service, or a street address representing a site used for the receipt or delivery of mail or as a telephone answering service, to fail to disclose the legal name under which business is done and, except as provided in paragraph (2) of subdivision (b), the complete street address from which business is actually conducted in all advertising and promotional materials, including order blanks and forms. Any violation of the provisions of this section is a misdemeanor punishable by imprisonment in the county jail not exceeding six months, or by a fine not exceeding two thousand five hundred dollars ($2,500), or by both.

165.    SPIRE VISION sent six spams from domain names that were registered using an address that is a box at a branch of The UPS Store in Rosemead, California, as follows:

- One spam advertising ADHARMONICS sent from *LoanTouch.com*, registered to JUNCTIONLIGHTS.
- One spam advertising EVERYDAYFAMILY sent from *TheMagnify.net*, registered to YOURADSHERE.
- One spam advertising EVERYDAYFAMILY sent from *TheInitial.net*, registered to YOURADSHERE.
- One spam advertising EVERYDAYFAMILY sent from *TheTraction.net*, registered to YOURADSHERE.
- One spam advertising LEADRIVAL sent from *WatchDailyNews.com*, registered to JUNCTIONLIGHTS.
- One spam advertising ON DEMAND RESEARCH LLC sent from *TheAspect.com*, registered to YOURADSHERE.

166.    Each of these spams offered consumer goods or services for sale.

167.    Each of these spams constituted advertising materials.

168.    Each of these spams failed to disclose the legal name under which any SPIRE VISION entity does business.

169.    Each of these spams failed to disclose the complete street address from which any SPIRE VISION entity actually conducted business.

WHEREFORE, WAGNER prays for judgment against Defendants, and each of them, as hereinafter set forth.

### PRAYER FOR RELIEF

#### (Jointly and Severally Against All Defendants)

A.    An Order from this Court declaring that Defendants violated B&P Code § 17529.5 by advertising in and sending unlawful spams.

B.    Liquidated damages against Defendants in the amount of $49,000 – $1,000 for each of 49 unlawful spams – as authorized by B&P Code § 17529.5(b)(1)(B)(ii), as detailed below:

VERIFIED COMPLAINT

1.  Jointly and severally against ADHARMONICS, SPIRE VISION, and ADCONION: $1,000 for one unlawful spam advertising *Provide-Insurance.com*.

2.  Jointly and severally against INSITE and SPIRE VISION: $1,000 for one unlawful spam advertising *AutomotiveFinancial.com*.

3.  Jointly and severally against SPIRE VISION and ACCELERIZE: $3,000 for three unlawful spams advertising *CobraHealthChoices.com*.

4.  Jointly and severally against SPIRE VISION, ACCELERIZE, and ADCONION: $5,000 for five unlawful spams advertising *CobraHealthChoices.com*.

5.  Jointly and severally against SPIRE VISION, ACCELERIZE, and ADCONION: $5,000 for five unlawful spams advertising *CobraHealthQuotes.com*.

6.  Jointly and severally against EVERYDAYFAMILY and SPIRE VISION: $6,000 for six unlawful spams advertising *EveryDayFamily.com*.

7.  Jointly and severally against LIFESCRIPT and SPIRE VISION: $3,000 for three unlawful spams advertising *LifeScript.com*.

8.  Jointly and severally against SPIRE VISION and ACCELERIZE: $9,000 for nine unlawful spams advertising *OnDemandResearch.com*.

9.  Jointly and severally against LEADRIVAL and SPIRE VISION: $1,000 for one unlawful spam advertising *SocialSecurityHome.com*.

10. Jointly and severally against SPIRE VISION: $12,000 for 12 unlawful spams advertising *BecomeASocialWorker.info*, *Business4USA.info*, *Counseling4USA.info*, *Design4USA.info*, *Teach4USA.info*, and *Technology4USA.info*.

11. Jointly and severally against ZULU and SPIRE VISION: $3,000 for three unlawful spams advertising *Online-Home-Careers.com*.

C.  Attorneys' fees as authorized by B&P Code § 17529.5(b)(1)(C) and Cal. Code of Civil Procedure § 1021.5 for violations of B&P Code § 17529.5.

D.  An Order from this Court declaring that the SPIRE VISION Defendants violated B&P Code § 17538.5 by failing to include their legal name and complete street address from which business is done in six spams that SPIRE VISION sent from domain names that were registered using an address that is a box at a branch of The UPS Store in Rosemead, California.

1    E.    Civil fines in the amount of $15,000 – $2,500 for each of six spams in which SPIRE

2        VISION failed to include its legal name and the complete street address from which

3        business is done.

4    F.    Attorneys' fees (as a private attorney general) as authorized by Cal. Code of Civil

5        Procedure § 1021.5 for violations of B&P Code § 17538.5.

6    G.    Punitive damages against the SPIRE VISION Defendants as authorized by Cal. Civil

7        Code § 3294 in an amount to be determined by the Court due to its malicious actions.

8    H.    Disgorgement of all profits derived from unlawful spams directed to California residents;

9        monies to be turned over to the Unfair Competition Law Fund and used by the California

10       Attorney General to support investigations and prosecutions of California's consumer

11       protection laws.

12    I.    Costs of suit.

13    J.    Such other and further relief as the Court deems proper.

14

15                          THE LAW OFFICES OF DANIEL BALSAM

16

17    Date: _____10-24-2012_____    BY:____*Daniel L Balsam*____

18                          DANIEL L. BALSAM

19                          Attorneys for Plaintiff Christopher Wagner

20

21                     **DEMAND FOR JURY TRIAL**

22    WAGNER demands a trial by jury.

23

24                          THE LAW OFFICES OF DANIEL BALSAM

25

26    Date: _____10-24-2012_____    BY:____*Daniel L Balsam*____

27                          DANIEL L. BALSAM

28                          Attorneys for Plaintiff Christopher Wagner

29    //

30    //

31    //

**VERIFIED COMPLAINT**

1

## VERIFICATION

2   The undersigned for himself declares:

3     I am the Plaintiff in the above-entitled Action.  I have read the foregoing Complaint and

4   know the contents thereof.  With respect to the facts and causes of action alleged by me, the

5   same is true by my own knowledge, except as to those matters which are therein stated on

6   information and belief, and, as to those matters, I believe them to be true.  I declare under penalty

7   of perjury under the laws of the State of California that the foregoing is true and correct.

8

9   Date: _10/25/2012_     _____

10            CHRISTOPHER WAGNER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

**36**

**VERIFIED COMPLAINT**

Exhibit 2

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br><br>SPIRE VISION LLC, a Delaware limited liability company, et al<br>(Additional Parties Attachment form is attached)<br><br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br><br>CHRISTOPHER WAGNER, an individual. | **FOR COURT USE ONLY**<br>*(SOLO PARA USO DE LA CORTE)*<br><br>ENDORSED<br>FILED<br><br>OCT 25 2012<br><br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SONOMA |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br><br>Superior Court of California, County of Sonoma<br>600 Administration Drive, Santa Rosa, CA 95403 | **CASE NUMBER:**<br>*(Número del Caso):*<br><br>SCV-252580 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel Balsam, The Law Offices of Daniel Balsam, 2912 Diamond St. #218, SF, CA 94131, 415-869-2873

| | | | |
|---|---|---|---|
| DATE: Oct. 24, 2012<br>*(Fecha)* | 25 | Clerk, by   JOSE O. GUILLEN  M. Perkins , Deputy<br>*(Secretario)*                                    *(Adjunto)* | |

*(For proof of service of this summons, use Proof of Service of Summons (POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Spire Vision LLC, a Delaware limited liability company

   under: ☐ CCP 416.10 (corporation)               ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)         ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☒ other *(specify):* Corp. Code 17061 (LLC)
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov<br><br>American LegalNet, Inc.<br>www.FormsWorkflow.com |