**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTOPHER WAGNER,**<br><br>         **Plaintiff,**<br><br>         vs.<br><br>**SPIRE VISION LLC** *et al.***,**<br><br>         **Defendants.** | **Case No.: 13-CV-00054 YGR**<br><br>**ORDER VACATING HEARING** |

The Court has reviewed the papers submitted by the parties in connection with the Motion to Remand, Motion to Dismiss, and Motions to Strike (Dkt. Nos. 14, 15, 19 & 20) and has determined that the motions are appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).  Accordingly, the hearing set for **March 5, 2013** is **VACATED**.  The Court will issue a written decision on the papers.

**IT IS SO ORDERED**.

Date: March 1, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**