IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER WAGNER,

    Plaintiff,

  v.

SPIRE VISION LLC, *et al.*

    Defendants.

No. C 13-04952 WHA

No. C 13-00054 YGR

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

    Plaintiff recently identified *Wagner v. Spire Vision LLC*, 13-00054 YGR, in a recent filing. The Court was unaware of this earlier action as both parties stated in their respective case management statements that no related actions existed (Dkts. Nos. 34, 36).

    The complaint filed in the earlier action is identical to the complaint filed in this action. The same plaintiff is suing the same set of defendants for allegedly sending the same set of spam emails. As both actions "concern substantially concern the same parties" and events, this action is referred to Judge Yvonne Gonzalez Rogers to determine relation. **CIVIL L.R. 3-12.**

    **IT IS SO ORDERED.**

Dated: May 9, 2014.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE