**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTOPHER WAGNER,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**SPIRE VISION LLC,** *et al.***,**<br><br>    **Defendants.** | Case No.: 13-CV-0054 YGR<br>Case No.: 13-CV-4952 WHA<br><br>**ORDER DEEMING CASES UNRELATED** |

The Court has reviewed the Sua Sponte Judicial Referral for Purpose of Determining Relationship of civil actions 13-CV-0054 YGR and 13-CV-4952 WHA, Dkt. No. 71, and hereby declines to deem the cases related. This Court has no pending case to which to relate the referred action, 13-CV-4952. In addition, given that 13-CV-0054 was merely remanded back to state court in a two-page order, and the case terminated on March 8, 2013, there is no likelihood of "duplication of labor and expense or conflicting results if the cases are conducted before different judges." *See* Civ. L. R. 3-12(a).

**IT IS SO ORDERED.**

Dated: May 15, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**